

# Fourth Court of Appeals
## San Antonio, Texas

March 25, 2020

No. 04-20-00138-CV

John S. **ROBISON** and Govwhiz, Inc.,
Appellants

v.

Mark E. **WATSON**, Jr.,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-14350
The Honorable Monique Diaz, Judge Presiding

## O R D E R

The Appellants' Motion for Extension of Time to File Amended Notice of Appeal is hereby GRANTED.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of March, 2020.

Michael A. Cruz,
Clerk of Court